JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| O'NEILL HOOKER,<br><br>Plaintiff,<br><br>v.<br><br>PARKER-HANNIFIN CORPORATION,<br><br>Defendant. | **CASE NO.** SACV 11-483-JST (Ex)<br><br><br>**JUDGMENT** |

On April 3, 2012, the Court granted Defendant Parker-Hannifin Corporation's Motion for Summary Judgment.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of Defendant and against Plaintiff on Plaintiff's Complaint.

Dated: <u>April 4, 2012</u>       **JOSEPHINE STATON TUCKER**
                                                     Honorable Josephine Staton Tucker
                                                        U.S. District Court Judge